1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JOSEPH A. SALAZAR JR., SB# 169551
2     E-Mail: Joe.Salazar@lewisbrisbois.com
   ALEC RISHWAIN, SB# 322302
3     E-Mail: Alec.Rishwain@lewisbrisbois.com
   2020 West El Camino Avenue, Suite 700
4  Sacramento, California 95833
   Telephone: 916.564.5400
5  Facsimile: 916.564.5444

6  Attorneys for Defendants WASATCH
   ADVANTAGE GROUP LLC, CHRIS DOE and
7  ALICIA CORTES

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| 11  TOMMY GALIA, | Case No. 3:19-cv-08156-JCS |
|---|---|
| 12       Plaintiff, | **CERTIFICATION OF INTERESTED PARTIES OR PERSONS** |
| 13       vs. | Judge:   Chief Magistrate Judge Joseph C. Spero – Courtroom F |
| 14  WASATCH ADVANTAGE GROUP LLC, CHRIS DOE, ALICIA CORTES AND DOES | |
| 15  I through 10, inclusive, | Trial Date:      None Set |
| 16       Defendants. | |

17

18      Pursuant to Civil L.R. 3-16, Defendants certify that the following listed persons,

19 associations of persons, partnerships, corporations (including parent corporations) or other entities

20 (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or

21 (ii) have a non-financial interest in the subject matter or in a party that could be substantially

22 affected by the outcome of this proceeding:

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Hayward Village Holdings LLC – main ownership entity of Hayward Village Apartments

Wasatch Property Management – property manager of Hayward Village Apartments

DATED:  December 8, 2020           LEWIS BRISBOIS BISGAARD & SMITH LLP


By:     */s/ Joseph A. Salazar, Jr.*
JOSEPH A. SALAZAR, JR.
Attorneys for Defendants WASATCH ADVANTAGE GROUP LLC, CHRIS DOE and ALICIA CORTES

**FEDERAL COURT PROOF OF SERVICE**
Tommy Galia v. Wasatch Advantage Group, LLC, et al.
Case No. 19-cv-08156-JCS

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 8, 2020, I served the following document(s):

- CERTIFICATION OF INTERESTED PARTIES OR PERSONS

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| Tommy Galia<br>10 Kirk Avenue<br>San Jose, CA 95127 | *In Pro Se*<br><br>T: 916-877-0179<br>E: tommygalia76@gmail.com |
|---|---|

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 8, 2020, at Sacramento, California.

*/s/ Alicia Rios*
Alicia Rios