UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOMMY GALIA,

        Plaintiff.

    v.

WASATCH ADVANTAGE GROUP LLC, et al.,

        Defendants.

Case No. 19-cv-08156-JCS

**ORDER TO SHOW CAUSE**

      Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on April 16, 2021, and May 21, 2021, before this Court in the above-entitled case. Plaintiff was not present. Alec Rishwain, counsel for Defendant was present.

      IT IS HEREBY ORDERED that Plaintiff appear on **June 25, 2021, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, by Zoom (Zoom Webinar 161 926 0804. Password: 050855), San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conferences on April 16, 2021, and May 21, 2021, for failure to prosecute, and for failure to comply with the Court's Order of April 19, 2021. (ECF 48). A further case management conference is also scheduled for **June 25, 2021**, **at 2:00 p.m.**

      IT IS SO ORDERED.

Dated: May 24, 2021

_____
JOSEPH C. SPERO
United States Chief Magistrate Judge