**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**ZOOM CIVIL MINUTE ORDER**

| **Case No.:** 19-cv-08156-JCS | **Case Name:** Galia v. Wasatch Advantage Group LLC | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: June 25, 2021 | **Time:** 2:36-2:38 (2 M) |

**Attorney for Plaintiff:** No Appearance
**Attorney for Defendant:** Alec Rishwain

**Deputy Clerk:** Karen Hom          **Court Reporter:** Zoom Webinar Time: 2:36-2:38

**ZOOM WEBINAR PROCEEDINGS**

1. Further Case Mgmt Conference – Not Held
2. Order to Show Cause - Held

**ORDERED AFTER HEARING**

Case is dismissed without prejudice for failure to prosecute.